IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 07-14301-CIV-MOORE

HAROLD O. CONNER, individually, and
d/b/a MOUNTAIN TOP MINISTRIES,
and as Guardian of MICHAEL JOHN CONNER,

    Plaintiff,

v.

PENNSYLVANIA NATIONAL MUTUAL
CASUALTY INSURANCE COMPANY,
a Foreign Corporation, and NEW JERSEY
PROPERTY-LIABILITY INSURANCE
GUARANTY ASSOCIATION, a Foreign Entity,

    Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' COMPLIANCE WITH SETTLEMENT AGREEMENT AND MOTION TO IMPOSE SANCTIONS FOR FAILURE TO COMPLY WITH SETTLEMENT

THIS MATTER came before the Court upon Plaintiff's Motion to Compel Defendants' Compliance with Settlement Agreement and Motion to Impose Sanctions for Failure to Comply with Settlement (dkt # 184). A response was filed (dkt # 187).

THIS MATTER was referred to the Honorable Frank J. Lynch, United States Magistrate Judge (dkt # 188). Magistrate Judge Lynch issued a Report on February 26, 2009 (dkt # 189), recommending that (1) the Motion to Compel be denied as moot; (2) the Motion to Impose Sanctions be granted only insofar as Defendants should pay Plaintiff $131.15 in interest to compensate for Defendants' two-day delay in transferring the settlement award to Plaintiff; and (3) the request for sanctions for the unauthorized practice of law and for attorney fees should be denied. No objections were filed.

UPON CONSIDERATION of Magistrate Judge Lynch's Report, after a de novo review of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report (dkt # 189) is ADOPTED, except with regard to the amount of interest awarded to Plaintiff. This Court calculates that, given the applicable interest rate of .96%, interest accrued at the rate of $65.7534 per day.[1] Thus, for two days, the total amount of interest is $131.51. It is further

ORDERED AND ADJUDGED that Plaintiff's Motion to Impose Sanctions for Failure to Comply with Settlement is GRANTED IN PART. Judgment is hereby entered in favor of Plaintiff and against Defendants in the amount of $131.51. For such amount, LET EXECUTION ISSUE. It is further

ORDERED AND ADJUDGED that Plaintiff's Motion to Compel Defendants' Compliance with Settlement Agreement is DENIED AS MOOT. It is further

ORDERED AND ADJUDGED that Plaintiff's request for sanctions and for attorney fees is DENIED. This case remains CLOSED. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this /8th day of March, 2009.

/s/ K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record

---

[1] $250,000.00 X .0096 / 365 = $65.7534